**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01229-WJM-MJW

JOSHUA PUGMIRE,

    Plaintiff,

v.

TIC - THE INDUSTRIAL COMPANY,

    Defendant.
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS**
_____

    This matter comes before the Court on the parties' Stipulated Motion to Dismiss filed July 18, 2011 (ECF No. 9).  The Court being fully advised, hereby ORDERS as follows:

    The Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITHOUT PREJUDICE.  Each party shall pay his or its own attorneys' fees and costs.

    Dated this 21th day of July, 2011.

                                           BY THE COURT:

                                           _____
                                           William J. Martínez
                                           United States District Judge